IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01499-LTB-KMT

GAIL FRANKLIN,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion to Allow Defendant's Client Representative to Participate in Scheduled Settlement Conference by Telephone" (Doc. No. 18, filed on January 23, 2009) is GRANTED. Defendant's claim representative shall participate in the scheduled settlement conference by telephone on February 19, 2009 at 1:30 p.m.

Dated: February 4, 2009