**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 08-cv-01499-LTB-KMT

GAIL FRANKLIN,

        Plaintiff,

v.

TARGET CORPORATION,

        Defendant.
_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 26 - filed March 5, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED: March 6, 2009